IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUN 22  PM 3: 46

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05- 94M |
| ) | |
| DONALD REAMER, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count One

From in or about October 2004, through in or about March 2005, in or near Wilmington, in the State and District of Delaware, Donald Reamer, defendant herein, did knowingly and willfully obstruct and retard the passage of the mail, in that the defendant, while being a Postal Service employee, to wit, a letter carrier, failed to deliver over three thousand pieces of mail and hid the mail in his basement, in violation of Title 18, United States Code, Section 1701.

COLM F. CONNOLLY
United States Attorney

By: _____
Anne Y. Park
Assistant United States Attorney

Dated: June 22, 2005

FILED
JUN 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE