UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
                                    )    CASE NO. 05-94M
        vs.                         )
                                    )
  **DONALD REAMER**                 )
                                    )
            Defendant.              )

## O R D E R

The financial inability of the defendant to retain counsel
having been established by the Court, and the defendant not
having waived the appointment of counsel,

It is on this _30_ day of _June_          , **2005**,
ORDERED that **Penny Marshall, Esq.** from the Office of the Federal
Public Defender for the District of Delaware is hereby appointed
to represent said defendant in the cause until further order of
the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney