# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-94M-MPT |
| | : | |
| DONALD REAMER, | : | |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL

Please enter the appearance of Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, in place of Anne Y. Park, Assistant United States Attorney for the District of Delaware, as counsel for the United States of America.

                              COLM F. CONNOLLY
                              United States Attorney

BY:    /s/
            Beth Moskow-Schnoll
            Assistant United States Attorney

Dated:  July 14, 2005

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-94M-MPT |
| DONALD REAMER, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 14th day of July, 2005, I electronically filed a SUBSTITUTION OF COUNSEL with the Clerk of Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801


/s/
Beth Moskow-Schnoll
Assistant United States Attorney