IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  DONALD REAMER   CASE NO. 05-03P0-MPT

The defendant, DONALD REAMER, having been scheduled for arraignment on AUGUST 4, 2005 a continuance having been requested by DEFENSE COUNSEL for the following reasons: DUE TO A SCHEDULING CONFLICT and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to AUGUST 11, 2005

(2) The period between AUGUST 4, 2005 and AUGUST 11, 2005 shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 8/9/05

*[signature]*

FILED
AUG  9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE