**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

February 14, 2006

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court
844 King Street
Wilmington, DE 19801

   Re: **United States v. Donald Reamer**
     **Case No. 05-po-03 (MPT)**

Dear Magistrate Judge Thynge:

  Christopher Koyste, attorney for the defendant, has informed me that his client accepts the Government's Memorandum of Plea Agreement. Therefore, the parties respectfully request that the Court schedule a guilty plea hearing. A copy of the proposed Memorandum of Plea Agreement is attached for the Court's review.

           Respectfully submitted,

           COLM F. CONNOLLY
           United States Attorney

        BY:  /s/
           Beth Moskow-Schnoll
           Assistant United States Attorney

cc: Christopher Koyste, Esq.
   Clerk, U.S. District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-po-03 (MPT) |
| ) | |
| DONALD REAMER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and the defendant, Donald Reamer, by and through his attorney, Christopher Koyste, Esquire, the following agreement is hereby entered into by the respective parties:

    1. The defendant shall plead guilty in the United States District Court for the District of Delaware to Count One of the Information. Count One charges the defendant with Obstruction of Mails, in violation of Title 18, United States Code, Section 1701, which carries a maximum penalty of six months imprisonment, a $5,000 fine, one year supervised release, and a mandatory special assessment of $10.

    2. The defendant admits the following facts. At all times relevant to the Information, the defendant was employed by the United States Postal Service as a letter carrier for the Marshallton Branch in Wilmington, Delaware. From in or about October 2004 through March 2005, the defendant failed to deliver all the mail on his route and hid the mail he was unable to deliver in his

basement. On March 21, 2005, the U.S. Postal Inspection Service recovered over three thousand pieces of undelivered mail from the basement of the defendant's residence in Wilmington.

    3.    The defendant agrees to pay the $10 special assessment on the day of sentencing.

    4.    The defendant understands that, because he is charged with a Class B misdemeanor, pursuant to USSG § 1B1.9, the United States Sentencing Guidelines do not apply to the instant case. At sentencing, the Court must consider the factors enumerated in 18 U.S.C. §3553(a) in exercising its discretion to determine the appropriate sentence. The defendant recognizes that the Court is not bound by any stipulations or recommendations of the parties. The defendant agrees that he will not be allowed to withdraw his guilty plea because the Court imposes a sentence contrary to any stipulation of the parties or recommendation of his attorney.

    5.    The United States Attorney reserves the right to defend any ruling of the Sentencing Court should there be an appeal from this case.

    6.    It is further agreed by the undersigned parties that this Memorandum supersedes all prior promises, representations, and statements of the parties; that this Memorandum may be modified only in writing signed by all the parties; and, that any and all promises, representations,

/    /    /

and statements made prior to or after this Memorandum are null and void and have no effect whatsoever.

COLM F. CONNOLLY<br>United States Attorney

_____   By: _____
Christopher Koyste, Esquire        Beth Moskow-Schnoll
Attorney for Defendant             Assistant United States Attorney


_____
Donald Reamer
Defendant


Dated:


**AND NOW**, this _____ day of _____, 2006, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge
District of Delaware

3