Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.  Crim. No. 1:05P00003-001(MPT)

Donald Reamer

On June 7, 2006 the above named was placed on Probation for a period of two years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Donald Reamer be discharged from Probation.

Respectfully submitted,

Angelica Lopez
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 11 day of June, 2007.

The Honorable Mary Pat Thynge
U.S. Magistrate Judge

FILED
JUN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE